782

MUCKLE v. ALDREDGE, sheriff.

GRICE, Justice. 1. The contentions of the plaintiff in habeas corpus, that he was entitled to his release, on the ground that he had been granted a pardon "conditioned upon his obeying all the laws of this State, of the United States and of any other State, and further that this conditioned pardon shall be revocable at the pleasure of the Governor," were not sustainable, it appearing that the prisoner was held under a warrant issued by the judge after hearing evidence which justified the court in finding that the conditions under which the pardon was granted had been violated. *Muckle* v. *Clarke*, 191 *Ga.* 202 (12 S. E. 2d, 339); *Huff* v. *Aldredge*, 192 *Ga.* 12 (14 S. E. 2d, 456); *Muckle* v. *Aldredge*, 192 *Ga.* 426 (15 S. E. 2d, 605); *Allman* v. *Aldredge*, 192 *Ga.* 431 (15 S. E. 2d, 710); *Moore* v. *Lawrence*, 192 *Ga.* 441 (15 S. E. 2d, 519); *Pippin* v. *Johnson*, 192 *Ga.* 450 (15 S. E. 2d, 712); *Pappas* v. *Aldredge*, 192 *Ga.* 482 (15 S. E. 2d, 718); *Derricott* v. *Aldredge*, 192 *Ga.* 749 (16 S. E. 2d, 561).
2. It was not erroneous to refuse the application.

*Judgment affirmed. All the Justices concur.*

No. 14118. APRIL 15, 1942.

*LeRoy Finch,* for plaintiff.

*John A. Boykin,* solicitor-general, *Bond Almand,* solicitor, and *Durwood T. Pye,* for defendant.